UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-20550-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

JUAN CARLOS NUNEZ,

    Defendant.
_____/

**MOTION FOR APPROVAL OF INVESTIGATIVE COSTS
PURSUANT TO THE CRIMINAL JUSTICE ACT
IN EXCESS OF THE STATUTORY CAP**

COMES NOW the Defendant, JUAN CARLOS NUNEZ, by and through his undersigned counsel, and pursuant to 18 U.S.C., Section 3006(A)(e), and files this, his Motion for Approval of Investigative Costs In Excess of the Statutory Cap, pursuant to the Criminal Justice Act and in support thereof states the following:

1. That undersigned counsel has been appointed to represent the Defendant pursuant to the Criminal Justice Act;

2. That the Government has provided a list of discovery that includes 145 cd's, 2 thumb drives, and 7391 pages of documents;

3. That undersigned counsel requires a private investigator to assist him in reviewing, and assimilating the aforementioned discovery, as well as to locate and interview anticipated defense witnesses and investigate Government witnesses herein;

4. That the statutory cap to retain a private investigator is $800.00, and undersigned counsel requires additional funds to hire an investigator and be properly prepared for trial in this cause;

5. That undersigned counsel is requesting funds in the amount not to exceed $20,000.00 for the purposes of retaining a private investigator at the approved Criminal Justice Act's rate of $60.00 per hour.

WHEREFORE, the Defendant, JUAN CARLOS NUNEZ, respectfully prays this Honorable Court enter an order granting this motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court using CM/ECF system which will send notice of electronic filing to all counsel of record this 9th day of September, 2014.

                    Respectfully submitted,

                    LAW OFFICES OF ADELSTEIN & MATTERS, P.A.
                    2929 S.W. Third Avenue, Suite 410
                    Miami, Florida   33129
                    Tel: 305-358-9222
                    Fax: 305-285-9110
                    E-mail: mamattersesq@aol.com

BY:   */S/ Michael A. Matters*
        **Michael A. Matters, Esq.**
        **Fla Bar No. 182507**