UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20550-CR-ALTONAGA/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

JUAN CARLOS NUNEZ,

    Defendant.
_____/

## ORDER

**THIS CAUSE** having come on to be heard on the Defendant's Motion to Exceed the Statutory Cap for Attorney's Fees [ECF No. 87]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 87] is **GRANTED**, as this case is both extended and complex, and counsel for the Defendant will exceed the statutory cap of $9,800.00, in order to properly represent the Defendant herein.

**DONE AND ORDERED** this 9th day of September, 2014, in Miami-Dade County, Florida.

                                                 _____
                                                 **CECILIA M. ALTONAGA**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record