UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  14-20550-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

JUAN CARLOS NUNEZ,

    Defendant.
_____/

## DEFENDANT'S AMENDMENT TO PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, JUAN CARLOS NUNEZ, by and through his undersigned counsel and files this, his Amendment to the Pre-Sentence Investigation Report, and states as follows:

1. That Paragraph of the PSI indicates that the Defendant anticipates filing Income Tax returns for tax years 2005 through 2013 before his sentencing herein;

2. That the Defendant filed the aforementioned tax returns on February 24, 2015, and provided copies of same to the U.S. Probation Office on February 25, 2015.

WHEREFORE, the Defendant, JUAN CARLOS NUNEZ, respectfully prays this Honorable Court enter an order amending the Defendant's PSI to reflect that he has filed all outstanding income tax returns.

    Respectfully submitted,

    LAW OFFICES OF ADELSTEIN & MATTERS, P.A.
    2929 S.W. Third Avenue
    Suite  410
    Miami, FL    33129
    Telephone:  305-358-9222
    Fax:  305-285-9110
    mamattersesq@aol.com

    BY:  /S/Michael A. Matters
        Michael A. Matters, Esq.
        Fla Bar No.  182507

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing was filed electronically with the Clerk of Court using CM/ECF, and same was delivered to all parties on this 27th day of February, 2015.

                                             */s/Michael A. Matters*
                                             **Michael A. Matters, Esq.**